# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 28, 2025

### NO. 03-24-00738-CV

**D. C. D. a/k/a C. D., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

**APPEAL FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES TRIANA, THEOFANIS, AND CRUMP
AFFIRMED -- OPINION BY JUSTICE THEOFANIS**

This is an appeal from the final decree of termination signed by the trial court on October 21, 2024. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's final decree of termination. Therefore, the Court affirms the trial court's final decree of termination. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.